Thomas J. Renner
William P. Englehart, Jr.
Robert L. Hanley, Jr.
Robert S. Glushakow
Douglas L. Burgess
C. William Clark
Catherine A. Potthast*
Cornelia M. Koetter*
E. Bruce Jones

* Also Admitted in D.C.

LAW OFFICES
NOLAN, PLUMHOFF & WILLIAMS
CHARTERED
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MARYLAND 21204-4528
(410) 823-7800
TELEFAX: (410) 296-2765

Web Site: www.nolanplumhoff.com
E-mail: tjrenner@nolanplumhoff.com

J. Earle Plumhoff
(1940-1988)

Newton A. Williams
(Retired 2000)

Ralph E. Deitz
(1918-1990)

January 28, 2014

Financial Administrator
Clerk, U.S. Bankruptcy Court
101 W. Lombard Street, Suite 8530
Baltimore, Maryland 21201

  Re: George Transfer, Inc.
    <u>Case No. 96-5-1292 (JS)</u>

Dear Sir/Madam Clerk:

  I have enclosed the Motion to Withdraw Unclaimed Funds filed on behalf of Paine Realty Corp., a claimant in the above entitled Chapter 11 case, with attachments, Certificate of Service and Affidavit in Support of Motion to Withdraw Unclaimed Funds. The instructions request proof of identity. Although probably only applicable for an individual claimant, I have also enclosed a copy of my driver's license.

  Please deliver the enclosed package for consideration by the Court so as to obtain an order directing payment of the funds due claimant.

         Very truly yours,

         Thomas J. Renner

TJR/vrk

Enclosures

cc: U.S. Attorney for the District of Maryland
  w/enclosures

  P. McEvoy Cromwell, Esquire
  Attn: Mary Alice Smolarek, Esquire
  w/enclosures

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 96-5-1292 (JS) |
| GEORGE TRANSFER, INC., | * | Chapter 11 |
| MACK BROTHERS, INC., and | * | (Substantively Consolidated) |
| TRI-L TRANSFER, INC. | * | |
| Debtors | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION TO WITHDRAW UNCLAIMED
## FUNDS FROM THE COURT REGISTRY

Paine Realty Corp., hereinafter "Claimant", respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1.  Charles R. Goldstein, the Liquidating Trustee appointed by the Court in the above entitled case did deposit in the Court's Registry of Unclaimed Funds the amount of $6,898.93.

2.  The Claimant did not receive the funds because the proposed distribution exceeded $600.00 for which an IRS Form W-9 was not received by the Liquidating Trustee. See correspondence from the Liquidating Trustee to the U.S. Bankruptcy Court dated January 7, 2014 that identified BMS Claim No. 213 filed by Claimant in the amount of $6,898.93 attached hereto as Exhibit "A".

3.  Claimant was a Maryland corporation that filed Articles of Dissolution prepared by the undersigned that were received and approved for record by the State Department of Assessments and Taxation of Maryland (the "SDAT") on April 28, 1997. See attached Articles of Dissolution and SDAT approval attached hereto as Exhibit "B". T. Bayard Williams, Jr., now deceased, the Vice-President and a Director of Claimant, was a practicing Maryland attorney who maintained an office at Nolan, Plumhoff & Williams, 502 Washington Avenue, Suite 700, Towson, Maryland 21204-4528 and filed the claim on behalf of Claimant in the above entitled proceeding using the law firm's address as that of the Claimant on the claim.

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED

4.   William J. Gallagher, the Treasurer and a Director of the Claimant, passed away on October 29, 2013 and the whereabouts of Lee Danielczyk, the Secretary of Claimant is unknown.   P. McEvoy Cromwell, the President and a Director of Claimant, is a retired Maryland attorney who maintains a relationship with his former law firm, Wright, Constable & Skeen, LLP, 100 North Charles Street, 16th Floor, Baltimore, Maryland 21201.

5.  The Claimant's Articles of Dissolution state the Corporation has no known creditors.  The Informal Action of the Stockholders and Board of Directors approving the Articles of Dissolution are attached hereto as Exhibit "C" and note the stockholders of the Claimant to be the Marital Trust U/Will of Edward A. Gallagher, III and the Residuary Trust U/Will of Edward A. Gallagher, III.  Edward A. Gallagher, III was the father of William J. Gallagher.  On January 24, 2014, the undersigned Claimant's Representative from information from William J. Gallagher's obituary, sent correspondence to the children of William J. Gallagher requesting information about each said testamentary trust and records of Claimant confirming the Claimant's stockholders and percentage ownership interests in the Claimant. Since Claimant had no creditors at the time of the dissolution, it is believed, and therefore averred, that Claimant's stockholders are ultimately entitled to the funds held in the Court's Registry for which this Motion to Withdraw is being made.

6.  P. McEvoy Cromwell, as President of Claimant at the time of its dissolution, executed IRS Form W-9 certifying to the employer identification number of Claimant, which Form W-9 is attached hereto as Exhibit "D".

7.  There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, Claimant requests that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Respectfully submitted,

Thomas J. Renner
Nolan, Plumhoff & Williams, Chartered
502 Washington Avenue, Suite 700
Towson, Maryland 21204
410-823-7800
Claimant's Representative

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 96-5-1292 (JS) |
| GEORGE TRANSFER, INC., | * | Chapter 11 |
| MACK BROTHERS, INC., and | * | (Substantively Consolidated) |
| TRI-L TRANSFER, INC. | * | |
| Debtors | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on the 28th day of January, 2014, the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, Maryland 21201, was advised via first class mail of the intent of the entity below, hereinafter "Claimant", to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

> Paine Realty Corp., Claimant
> c/o Nolan, Plumhoff & Williams, Chartered
> 502 Washington Avenue, Suite 700
> Towson, Maryland 21204
> Attention: Thomas J. Renner

Respectfully submitted,

Thomas J. Renner
Nolan, Plumhoff & Williams, Chartered
502 Washington Avenue, Suite 700
Towson, Maryland 21204
410-823-7800
Claimant's Representative

STATE OF MARYLAND
COUNTY OF BALTIMORE, to wit

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED

SUBSCRIBED AND SWORN TO BEFORE ME this 28th day of January, 2014 in the State and County aforesaid.

Notary Public

My Commission Expires: ___1/20/17___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 96-5-1292 (JS) |
| GEORGE TRANSFER, INC., | * | Chapter 11 |
| MACK BROTHERS, INC., and | * | (Substantively Consolidated) |
| TRI-L TRANSFER, INC. | * | |
| Debtors | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW
## UNCLAIMED FUNDS FROM THE COURT REGISTRY

I, Thomas J. Renner, Representative of Paine Realty Corp., Claimant, being duly sworn, state:

1. The Liquidating Trustee appointed by the Court in the above entitled case did deposit in the Court's Registry of Unclaimed Funds the amount of $6,898.93.

2. The funds are the property of Paine Realty Corp.

3. A brief history of the claim is: The exact nature of the Claimant's claim against George Transfer, Inc. is unknown to Deponent, except that the obituary for William J. Gallagher, Treasurer and a Director of Paine Realty Corp., says "he owned George Transfer in Parkton, MD for many years until he retired in 1996", so there was a family relationship between the Debtor and Claimant that must have resulted in Debtor owing funds to Claimant possibly for an advance or unpaid rent.

4. The right to the funds has not been further purchased, sold, assigned or transferred.

I declare under the penalties of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief, and that the Court may rely on the truth of each statement.

Dated: January 28, 2014

Thomas J. Renner, Deponent

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED

Claimant's Taxpayer Identification No. 52-0856843

Deponent's Address: 502 Washington Avenue, Suite 700, Towson, Maryland 21204

Deponent's Telephone No. 410-823-7800

STATE OF MARYLAND
COUNTY OF BALTIMORE, to wit:

SUBSCRIBED AND SWORN TO BEFORE ME this 28th day of January, 2014 in the State and County aforesaid.

_____
Notary Public

My Commission Expires: __1/28/17__

Entity Detail

http://sdatcert3.resiusa.org/ucc-charter/DisplayEntity_b.aspx?EntityID=D00166850&EntityN...

Entity Name: PAINE REALTY CORP.
Dept ID #: D00166850

General Information    Amendments    Personal Property    Certificate of Status

Page 1 of 1

| Description | Date Filed | Time | Film | Folio | Pages | View Document | Order Copies |
|---|---|---|---|---|---|---|---|
| **ARTICLES OF TRANSFER** | 05/21/1997 | 10:07-AM | F3941 | 2899 | 0002 | | |
| ARTICLES OF TRANSFER OF PAINE REALTY CORP. (A MD CORPORATION) (TRANSFEROR) AND STRYKER II, LLC (A MD L.L.C.) (TRANSFEREE) | | | | | | | |
| **ARTICLES OF DISSOLUTION** | 04/28/1997 | 09:39-AM | F3928 | 174 | 0005 | | |
| **ARTICLES OF TRANSFER** | 03/06/1997 | 09:54-AM | F3909 | 2378 | 0003 | | |
| ARTICLES OF TRANSFER OF PAINE REALTY CORP. (A MD CORPORATION) (TRANSFEROR) AND STRYKER II, LLC (A MD L.L.C.) (TRANSFEREE) | | | | | | | |
| **ARTICLES OF INCORPORATION** | 06/17/1966 | 08:30-AM | F-547 | 123 | 0005 | | |

**Link Definition**

General Information    General information about this entity

1 of 2

02/24/2014 12:10 PM

http://sdatcert3.resiusa.org/ucc-charter/DisplayEntity_b.aspx?EntityID=D00166850&EntityN...

Entity Name: PAINE REALTY CORP.
Dept ID #: D00166850

General Information   Amendments   Personal Property   Certificate of Status

**Principal Office (Current):**   6732 HOLABIRD AVENUE
(BALTIMORE COUNTY)
DUNDALK, MD 21222

**Resident Agent (Current):**   T. BAYARD WILLIAMS, JR.
6736 CHARLES STREET AVENUE
TOWSON, MD 21204

**Status:**   **DISSOLVED**

Good Standing:   No   What does it mean when a business is not in good standing or forfeited?

Business Code:   Ordinary Business - Stock

**Date of Formation or Registration:**   06/17/1966

State of Formation:   MD

**Stock/Nonstock:**   Stock

**Close/Not Close:**   Unknown

---

**Link Definition**

General Information   General information about this entity

Amendments   Original and subsequent documents filed

Personal Property   Personal Property Return Filing Information and Property Assessments

Certificate of Status   Get a Certificate of Good Standing for this entity

02/24/2014 12:09 PM

1 of 1

http://sdatcert3.resiusa.org/ucc-charter/DisplayEntity_b.aspx?EntityID=D00166850&EntityN...

02/24/2014 12:10 PM

Entity Detail

Amendments                Original and subsequent documents filed
Personal Property         Personal Property Return Filing Information and Property Assessments
Certificate of Status     Get a Certificate of Good Standing for this entity



January 7, 2014


Clerk of the US Bankruptcy Court
101 W. Lombard St.
Baltimore, Maryland  21201

      RE:   **George Transfer, Inc.**
               <u>**Case No.: 96-5-1292(JS)**</u>

To the Clerk:

On April 19, 2011 the Bankruptcy Court entered an Order, attached, authorizing the
Liquidating Trustee of George Transfer, Inc. to deposit funds into the Court registry for,
among others, claimants with proposed second and final distributions over $600.00 and
for which a W-9 was not received by the Liquidating Trustee. As Liquidating Trustee for
the above case, I am therefore requesting that the Clerk accept these funds to be deposited
into the Court's Registry:

| BMS Claim No. | Claimant | Address | Proposed Distribution $ | Class | W-9 Request Status | % Distribution |
|---|---|---|---|---|---|---|
| 87 | Thelma Bakori, Jeffrey T. Olup | Bassi & Associates P O Box 144 Charleroi PA 15022 | $23,077.08 | 5 | Letter Returned | 7.69% |
| 274 | Marjorie L. Bollinger, Frank L. Bollinger | c/o John S. Bowers 720 S. High Street Columbus OH 43206 | $4,615.42 | 5 | Letter Returned | 7.69% |
| 8 | Lela M. Butler | c/o M. Terry Haselden 1066 Asheville Hwy Spartansburg SC 29303-2643 | $5,500.04 | 5 | Letter Returned | 7.69% |
| 183 | James Butler, Faucette Law Firm, P.A. | c/o M. Terry Haselden 1066 Asheville Hwy Spartansburg SC 29303-2643 | $769.24 | 5 | Letter Returned | 7.69% |
| 130 | William Peterson, Jonathan Ostroff | Ostroff & Kline, P.C. 2962 Skippack Pike Lansdale PA 19446 | $3,076.94 | 5 | Letter Returned | 7.69% |



EXHIBIT

A

| 113 | Ronnie L. Ramsey, Nathaniel B. Smith | Edgar, Snyder Assoc. PC 19 N. Juniata Street, P.O. Box 536 Hollidaysburg PA 16648 | $9,615.45 | 5 | Letter Returned | 7.69% |
|---|---|---|---|---|---|---|
| 335 | Connie L. Redmond | c/o Howard M. Heneson, Esq. 201 N. Charles Street, #600 Baltimore MD 21201 | $13,692.40 | 5 | Letter Returned | 7.69% |
| 299 | C. Ray Adams | Olen G. Haynes, Esq. Hicks, Arnold, Haynes P O Box 51845 Knoxville TN 37950 | $53,846.51 | 5 | No Response | 7.69% |
| 25 | Donna & Thomas Harnish, David H. Landis | 246 High Street Hamilton OH 45011 | $5,769.27 | 5 | No Response | 7.69% |
| 135 | Vernon Rollerson, Fine & Faure | c/o Joseph M. Fine, Esq. 220 Ninth Street, N.W. Albuquerque NM 87102 | $5,000.03 | 5 | No Response | 7.69% |
| 276 | Robert & Marsha Schaffer | Walter D. Kogut, P.C. 500 South Salina Street, #412 Syracuse NY 13202 | $11,057.77 | 5 | No Response | 7.69% |
| 287 | Amerada Hess Corp. | c/o Steven P. Resnick, Esq 116 D Cathedral Street Annapolis MD 21401 | $1,744.08 | 4 | No Response | 6.47% |
| SCH15 | American Express | Suite #0001 Chicago, IL 60679 | $2,059.82 | 4 | No Response | 6.47% |
| 229 | Baltimore Gas & Electric | P.O. Box 1475 Baltimore MD 21203 | $686.62 | 4 | No Response | 6.47% |
| 249 | Cellum, Billy | P.O. Box 687 Pharr TX 78577 | $6,530.88 | 4 | No Response | 6.47% |
| 102 | Comdata Network, Inc | P O Box 900 Brentwood TN 37024 | $2,564.81 | 4 | No Response | 6.47% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 194 | E D S Fleet Service | c/o Continental Credit Insurance<br>P O Box 2102<br>Cranbury NJ 08570-2102 | $3,653.59 | 4 | No Response | 6.47% |
| 124 | Freuhauf Trailer | P.O. Box 40140<br>Pittsburgh PA 15201 | $3,189.95 | 4 | Letter Returned | 6.47% |
| SCH730 | George Trailer Co. | c/o Merlin G. Tucker<br>703 Snyder Street<br>Bangor, PA 18013 | $1,750.11 | 4 | No Response | 6.47% |
| 320 | Hykes, Phyllis | 1811 Lansing Court<br>McLean VA 22101 | $2,697.96 | 4 | No Response | 6.47% |
| SCH277 | Ins Co of State of PA c/o AI Transport | 100 Colony Sq., #900<br>1175 Peachtree St., NE<br>Atlanta, GA 30361 | $1,439.63 | | No Response | 6.47% |
| 200 | Kelly Springfield Tire | AR 56281<br>P O Box 65849<br>Charlotte NC 28265 | $2,177.01 | | No Response | 6.47% |
| SH747 | Le, Ann | c/o Simon and Lupo<br>P. 0. Box 1722<br>N.Brunswick, NJ 08902 | $646.75 | | No Response | 6.47% |
| 216 | M C I Communications | 205 North Michigan Ave, Ste 2500<br>Dept/Loc 7157/500<br>Chicago IL 60601 | $8,489.92 | | No Response | 6.47% |
| SCH378 | Merlot Tarpaulin & Side Mfg. Co, Inc. | 4514 Plummer St.<br>Pittsburgh, PA 15201 | $2,872.42 | | No Response | 6.47% |
| 209 | Meyer, Ralph | c/o Jodi B. Trout, Esq<br>101 S. Duke Street<br>York PA 17403 | $1,967.93 | | Letter Returned | 6.47% |
| 289 | NationsBank | c/o David J. Millman<br>849 Fairmount Avenue<br>Baltimore MD 21286 | $1,708.13 | | No Response | 6.47% |
| 172 | Owensboro Petroleum | 1734 East Parrish Ave.<br>Owensboro KY 42303 | $921.90 | | No Response | 6.47% |

Clerk of the U.S.
Bankruptcy Court
January 7, 2014
RE: George Transfer, Inc.
Page 4 of 4

| 213 | Paine Realty Corp. | c/o Nolan, Plumhoff & Williams Nottingham Centre, Suite 700 502 Washington Avenue Towson MD 21204-4528 | $6,898.93 | Letter Returned | 6.47% |
|---|---|---|---|---|---|
| 98 | Rand McNally - TDM Inc | 8255 N. Central Pk Skokie IL 60076 | $651.25 | No Response | 6.47% |
| SH771 | Ravenswood Aluminum Corp. | PO Box 98 Ravenswood, WV 26164 | $1,991.86 | No Response | 6.47% |
| SH776 | Sautter Crane Rental Inc | PO Box 1039 Philadelphia, PA 19154 | $613.45 | No Response | 6.47% |
| 359 | State Workers' Insurance Insurance Fund | Mary Fox, Assistant Counsel 100 Lackawanna Ave., Third Floor Scranton PA 18503 | $23,302.20 | No Response | 6.47% |
| 288 | Stryker, John Jr | Universal Dis. Ser. Inc. 4000 Beechwood Road Baltimore MD 21222 | $1,776.39 | No Response | 6.47% |
| 10 | Wright Constable & Skeen | 250 W. Pratt Street, 13th Floor Baltimore MD 21201 | $739.29 | No Response | 6.47% |

With this letter, I have included check # 20127 in the amount of $217,095.03 payable to the Clerk of the Court. Contemporaneously with the mailing of this letter, I have sent a copy of this letter to all claimants listed above.

Sincerely,

/S/ Charles R. Goldstein

Charles R. Goldstein
Liquidating Trustee

STATE DEPARTMENT OF ASSESSMENTS
AND TAXATION

# PAINE REALTY CORP.
## ARTICLES OF DISSOLUTION

APPROVED FOR RECORD

4-28-97 at 9:39 a.m.

Paine Realty Corp., a Maryland corporation, having its principal office at 502 Washington Avenue, Suite 700, Towson, Maryland 21204, hereinafter referred to as the Corporation, hereby certifies to the State Department of Assessments and Taxation of Maryland, that:

1. The Corporation is hereby dissolved.

2. The name of the Corporation is as hereinabove set forth, and the post office address of the principal office of the Corporation in the State of Maryland is 502 Washington Avenue, Suite 700, Towson, Maryland 21204.

3. The name and post office address of the resident agent of the Corporation in the State of Maryland, service of process upon whom shall bind the Corporation in any action, suit or proceedings pending or hereafter instituted or filed against the Corporation for one year after dissolution and thereafter until the affairs of the Corporation are wound up, is T. Bayard Williams, Jr., 6736 Charles Street Avenue, Towson, Maryland 21204. Said resident agent is an individual actually residing in this State.

4. The name and post office address of each of the directors of the Corporation are as follows:

| | | |
|---|---|---|
| William J. Gallagher | P. McEvoy Cromwell | T. Bayard Williams, Jr. |
| Route 1, Box 1432A | 100 Light Street | 6736 Charles Street Avenue |
| Spring Grove, PA 17362 | 3rd Floor | Towson, MD 21204 |
| | Baltimore, MD 21202-1036 | |

5. The name, title and post office address of each of the officers of the Corporation are as follows:

| | |
|---|---|
| P. McEvoy Cromwell, President | T. Bayard Williams, Jr., Vice-President |
| 100 Light Street, 3rd Floor | 6736 Charles Street Avenue |
| Baltimore, MD 21202-1036 | Towson, MD 21204 |
| | |
| Lee Danielczyk. Secretary | William J. Gallagher Treasurer |
| P.O. Box 500 | Route 1, Box 1432A |
| Parkton, MD 21120 | Spring Grove, PA 17362 |



3928 0175

6.   The voluntary dissolution of the Corporation was approved in the manner and by the vote required by law and by the Charter of the Corporation in that the dissolution of the Corporation was, by unanimous written informal action of and duly executed by the entire Board of Directors of the Corporation, deemed advisable and directed that the proposed voluntary dissolution be submitted for consideration to the Stockholders of the Corporation; and further in that the dissolution of the Corporation was, by unanimous written informal action of and duly executed by all of the Stockholders of the Corporation, duly approved by the Stockholders of the Corporation by the affirmative vote of all of the votes entitled to be cast on the matter.

7.   The Corporation has no known creditors.

8.   These Articles of Dissolution are accompanied by Certificates provided by Section 3-407(c)(2) of the Corporations and Associations Article, Annotated Code of Maryland, stating that all taxes not barred by limitations which are levied on assessments made by the State Department of Assessments and Taxation of Maryland and billed by and payable to the issuer of each said Certificates by the Corporation, including taxes for the current year, have been paid or provided for in a manner satisfactory to the issuer of each of said Certificates.

IN WITNESS WHEREOF, Paine Realty Corp. has caused these presents to be signed in its name and on its behalf by its President and witnessed by its Secretary, said President of Paine Realty Corp. acknowledging these Articles of Dissolution to be the act of Paine Realty Corp.. this __3/ₛ__ day of ___March___, 1997, and, under the penalties of perjury, that the matters and facts set forth herein are true in all material respects to the best of his knowledge, information and belief.

WITNESS:                                                        PAINE REALTY CORP.

_____                          By: _____
Secretary                                                            President

C:\OFFICE\WPWIN\WPDOCS\TJR\PAINE.DIS

2

THE ARTICLES OF DISSOLUTION
OF
PAINE REALTY CORP.

APPROVED AND RECEIVED FOR RECORD BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

OF MARYLAND   APRIL        28, 1997  AT        9:39   O'CLOCK      A. M. AS IN CONFORMITY

WITH LAW AND ORDERED RECORDED.

_____

| ORGANIZATION AND CAPITALIZATION FEE PAID: | RECORDING FEE PAID: | SPECIAL FEE PAID: |
|---|---|---|
| $ _____ | $ ____ 20.00 ____ | $ ____ 30.00 ____ |

_____

D0166850

IT IS HEREBY CERTIFIED, THAT THE WITHIN INSTRUMENT, TOGETHER WITH ALL INDORSEMENTS THEREON, HAS

BEEN RECEIVED, APPROVED AND RECORDED BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND.

NOLAN, PLUMHOFF & WILLIAMS, CHTRD
THOMAS J. RENNER
502 WASHINGTON AVENUE, SUITE 700
NOTTINGHAM CENTRE
TOWSON MD  21204-4528



RECORDED IN THE RECORDS OF THE

STATE DEPARTMENT OF ASSESSMENTS

AND TAXATION OF MARYLAND IN LIBER, FOLIO.

3928   0174

# PAINE REALTY CORP.
## INFORMAL ACTION OF THE STOCKHOLDERS AND BOARD OF DIRECTORS

Dated  March 31, 1997

The undersigned, constituting all of the members of the Board of Directors and Stockholders of Paine Realty Corp., a Maryland corporation (the "Corporation"), in accordance with Section 2-408(c) and 2-505 of the Corporations and Associations Article of the Annotated Code of Maryland, do hereby take the actions below set forth and to evidence their waiver of any right to dissent from such actions, do hereby consent as follows:

Director Action

RESOLVED:  That the voluntary dissolution of the Corporation upon the terms and conditions as set forth in the form of the Articles of Voluntary Dissolution of the Corporation, attached hereto and incorporated by reference herein, be and the same is hereby advised.

RESOLVED:  That the Articles of Voluntary Dissolution be submitted for consideration by all of the stockholders entitled to vote thereon by the informal action of the stockholders.

RESOLVED:  That the proper officers of the Corporation be and they are hereby authorized and directed in the name of and on behalf of the Corporation to execute, acknowledge, seal and file with the State Department of Assessments and Taxation of Maryland such Articles of Voluntary Dissolution following the due approval thereof by the stockholders of the Corporation, and to take any and all further actions and to execute, acknowledge, seal and file any and all instruments and documents deemed necessary or proper in connection therewith.

Stockholder Action

RESOLVED:  That the voluntary dissolution of the Corporation upon the terms and conditions as set forth in the form of the Articles of Voluntary Dissolution of the Corporation, attached hereto and incorporated by reference herein, be and the same is hereby approved.

RESOLVED:  That the proper officers of the Corporation be and they are hereby authorized and directed in the name of and on behalf of the Corporation to execute, acknowledge, seal and file with the State Department of Assessments and Taxation of Maryland such Articles of Voluntary Dissolution, and to take any and all further actions and to execute, acknowledge, seal and file any and all instruments and documents deemed necessary or proper in connection therewith.



WITNESS, the execution hereof the day and year first above written.

BOARD OF DIRECTORS

STOCKHOLDERS

Marital Trust U/Will of Edward A. Gallagher, III

By: _____

_____
William J. Gallagher

T. Bayard Williams, Jr., Trustee

Residuary Trust U/Will of Edward A. Gallagher, III

By: _____

_____
P. McEvoy Cromwell

T. Bayard Williams, Jr., Trustee

_____
T. Bayard Williams, Jr.

WITNESS, the execution hereof the day and year first above written.

BOARD OF DIRECTORS

STOCKHOLDERS

Marital Trust U/Will of Edward A. Gallagher, III

_____
William J. Gallagher

By:_____
    T. Bayard Williams, Jr., Trustee

Residuary Trust U/Will of Edward A. Gallagher, III

_____
P. McEvoy Cromwell

By:_____
    T. Bayard Williams, Jr., Trustee

_____
T. Bayard Williams, Jr.

WITNESS, the execution hereof the day and year first above written.

BOARD OF DIRECTORS

_____
William J. Gallagher

_____
P. McEvoy Cromwell

_____
T. Bayard Williams, Jr.

STOCKHOLDERS

Marital Trust U/Will of Edward A. Gallagher, III

By:_____
    T. Bayard Williams, Jr., Trustee

Residuary Trust U/Will of Edward A. Gallagher, III

By:_____
    T. Bayard Williams, Jr., Trustee

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

Name (as shown on your income tax return)

**Paine Realty Corp.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor    ☑ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

**100 N. Charles Street, 16th Floor**

City, state, and ZIP code

**Baltimore, MD 21201**

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Employer identification number

| 5 | 2 | – | 0 | 8 | 5 | 6 | 8 | 4 | 3 |
|---|---|---|---|---|---|---|---|---|---|

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ *P. McEvoy Cromwell* | Date ▶ *1-21-14*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share.

Cat. No. 10231X

**EXHIBIT**

**D**

*tabbies*

NolanPlumhoffWilliams Fax 410-296-2796          Jan 10 2014 11:25am  P002/010

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

Paine Realty Corp.

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

100 N. Charles Street, 16th Floor

Requester's name and address (optional)

City, state, and ZIP code

Baltimore, MD 21201

List account number(s) here (optional)

**Print or type**
**See Specific Instructions on page 2.**

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

| Social security number |
| --- |
| ☐☐☐ – ☐☐ – ☐☐☐☐ |

| Employer identification number |
| --- |
| 5 2 – 0 8 5 6 8 4 3 |

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 3.

**Sign**
**Here**

Signature of
U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information
about Form W-9, at *www.irs.gov/w9*. Information about any future developments
affecting Form W-9 (such as legislation enacted after we release it) will be posted
on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your
correct taxpayer identification number (TIN) to report, for example, income paid to
you, payments made to you in settlement of payment card and third party network
transactions, real estate transactions, mortgage interest you paid, acquisition or
abandonment of secured property, cancellation of debt, or contributions you made
to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to
provide your correct TIN to the person requesting it (the requester) and, when
applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number
to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If
applicable, you are also certifying that as a U.S. person, your allocable share of
any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are
exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form
W-9 to request your TIN, you must use the requester's form if it is substantially
similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S.
person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the
United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in
the United States are generally required to pay a withholding tax under section
1446 on any foreign partners' share of effectively connected taxable income from
such business. Further, in certain cases where a Form W-9 has not been received,
the rules under section 1446 require a partnership to presume that a partner is a
foreign person, and pay the section 1446 withholding tax. Therefore, if you are a
U.S. person that is a partner in a partnership conducting a trade or business in the
United States, provide Form W-9 to the partnership to establish your U.S. status
and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

| Creditor: (1363475)<br>Paine Realty Corp.<br>c/o Nolan, Plumhoff & Williams<br>Nottingham Centre, Suite 700<br>502 Washington Avenue<br>Towson, MD 21204-4528 | Claim No: 213<br>Original Filed<br>Date: 05/20/1996<br>Original Entered<br>Date: 05/20/1996 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 05/23/1996 |
|---|---|---|

| Amount | claimed: | $110410.81 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $110410.81 | |

History:

Details ◉ 213-1 05/20/1996 Claim #213 filed by Paine Realty Corp., Amount claimed: $110410.81

Description:

Remarks: (213-1) Converted from BANCAP.

B10 (Official Form 10)
(Rev. 12/92)

## United States Bankruptcy Court

### District of Maryland (Baltimore)

## PROOF OF CLAIM

*96-51292*

*1363475*

| In re (Name of Debtor) | Case Number 96-51292-jfs-11 |
| George Transfer, Inc. | Cred.Id: 1363475 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

**Paine Realty Corp.**

Name and Address Where Notices Should be Sent

**Paine Realty Corp.**
**c/o Nolan, Plumhoff**
**& Williams, Suite 700**
**210 W. Pennsylvania Ave.**
**Towson, MD 21204**

Telephone No.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR
COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR

None

Check here if this claim ☐ replaces    a previously filed claim, dated:_____
☐ amends

### 1. BASIS FOR CLAIM

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
    (date)          (date)

### 2. DATE DEBT WAS INCURRED

March 4, 1994

### 3. IF COURT JUDGMENT, DATE OBTAINED:

None

### 4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☐ UNSECURED NONPRIORITY CLAIM $_____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $ 110,410.81

Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)
☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)___
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:

$ 110,410.81 (Unsecured)    $_____ (Secured)    $_____ (Priority)    $ 110,410.81 (Total)

☒ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

### 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR
COURT USE ONLY

### 7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
| May 7, 1996 | T. Bayard Williams, Jr., Vice President |

MAY 20

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

116040270

# UNITED STATES BANKRUPTCY COURT
## District of Maryland (Baltimore)

Baltimore Division101 W. Lombard StreetSuite 919Baltimore, MD 21201

### NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11
### OF THE BANKRUPTCY CODE,
### MEETING OF CREDITORS, AND FIXING OF DATES
### (Corporation/Partnership Case)

**Case Number:  96-51292 jfs**
Date Filed (or Converted) : 2/16/96

IN RE(NAME OF DEBTOR)
George Transfer, Inc., 52-0325720

ADDRESS OF DEBTOR
I-83 at Route 439
PO Box 500
Parkton, MD 21120

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Oestreicher
7 St. Paul St.,#1400
Baltimore, MD 21202

NAME/ADDRESS OF TRUSTEE

Telephone Number:410-347-8700
DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 10, 1996 at 2:00 pm
Office of the US Trustee
300 W. Pratt, #375
Baltimore, MD 21201

[ X ] Corporation  [ ] Partnership
Filing Claims: Deadline to File a Proof of Claim is  07/09/96

**COMMENCEMENT OF CASE.** A petition for reorganization under chapter 11 of the Bankruptcy Code has been filed in this court by or against the debtor named above, and an order for relief has been entered. You will not receive notice of all documents filed in this case. All documents filed with the court, including lists of the debtor's property and debts, are available for inspection at the office of the clerk of the bankruptcy court.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom the debtor owes money or property. Under the Bankruptcy Code, the debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting the debtor to demand repayment, taking action against the debtor to collect money owed to creditors or to take property of the debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the court may penalize that creditor. A creditor who is considering taking action against the debtor or the property of the debtor should review Sec. 362 of the Bankruptcy Code and may wish to seek legal advice. If the debtor is a partnership, remedies otherwise available against general partners are not necessarily affected by the commencement of this partnership case. The staff of the clerk of the bankruptcy court is not permitted to give legal advice.

**MEETING OF CREDITORS.** The debtor's representative, as specified in Bankruptcy Rule 9001 (5), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the debtor and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**PROOF OF CLAIM.** Schedules of creditors have been or will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. The place to file a proof of claim, either in person or by mail, is the office of the clerk of the bankruptcy court. Proof of claim forms are available in the clerk's office of any bankruptcy court.

**PURPOSE OF CHAPTER 11 FILING.** Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The debtor will remain in possession of its property and will continue to operate any business unless a trustee is appointed.

For the Court:            Frank Monge
                          Clerk of the Bankruptcy Court

03/16/96
Date

FORM  B9F   0001

Bancap 341 7/95 BNC

116078210

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

Debtor:

George Transfer, Inc.          Case No. 96-51292-jfs-11

Addition to Proof of Claim of
  Paine Realty Corp.                     Id. #1363475

STATEMENT OF CLAIM

Note Dated March 4, 1994

Due in two years    $101,962.59
Interest*              8,448.22
                     $110,410.81

* 4 1/4% per annum
  from 3/4/94 - 2/16/96 (date of filing of this proceeding)

0764D(4)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

Debtor:

George Transfer, Ine.                    Case No. 96-51292-jfs-11

Addendum to Proof of Claim of           Cred. Id: 1363475
  Paine Realty Corp.

COPY OF NOTE

$ 101,962.59 _____        _____ March 4 _____ 19 94

Two years                    after date  we  promise to pay

to the order of _ Paine Realty Corp.

One Hundred One Thousand Nine Hundred Sixty Two & 59/100 ___ Dollars
w/interest at a rate of 4.25% per year
at_ the law offices of Nolan, Plumhoff & Williams, Towson, Maryland

Value received                George Transfer, Inc.

No._____   Due _____            By: _____

**Claim History**

## Detailed Description of Claim Activity 213-1

---

| Date of Change | Change Made by | Description of Change |
|---|---|---|
| 05/20/1996 | | Created *Amount Claimed:* $110410.81 Created *Unsecured Claimed Amount:* $110410.81 Created *Secured Claimed Amount:* $0.00 Created *Priority Claimed Amount:* $0.00 Created *Unknown Claimed Amount:* $0.00     Created *Admin Allowed Amount:* $0.00 |

Created *Filed By:* Creditor
Created *Date Filed:* 05/20/1996

Created *Remarks:* Converted from BANCAP.

http://www.sos.state.md.us/notary/NotarySearch.aspx

John P. McDonough, Secretary of State

## Search the Notary Public database

To search the database, enter as much information as you like. The information may be:

- the person's first name or initial
- the person's last name
- part of a last or first name
- the county

Last Name:    Kozlowski

First Name:    Valerie

County:    -- Select County --

Submit    Reset

| Full Name | Address | City,State,Zip | County | Expires |
|---|---|---|---|---|
| Valerie R. Kozlowski | 5715 Allender Road | White Marsh MD, 21162 | BA | 01/20/2017 |

Notary Division - Search a Notary Public

02/24/2014 12:07 PM