# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:  \*
GEORGE TRANSFER, INC., MACK  \*  Case No. 96-5-1292 (JS)
BROTHERS, INC. AND TRI-L  \*
TRANSFER, INC.  \*  Chapter 11
Debtor(s)  \*  (Substantively Consolidated)

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Thelma Bakori, Jeffrey T. Olup, Esq. (hereinafter "Claimant"), respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $23,077.08. The Claimant did not receive the funds because: Claimant and Counsel were unaware of same until receipt of attached January 7, 2014, correspondence and Order.

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, Claimant requests that the Court enter an Order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Respectfully submitted,

*[signature: Thelma Bakori]*
Signature of Claimant or Claimant's Representative

Thelma Bakori and Jeffrey T. Olup, Esq., Attorney for Thelma Bakori
Printed Name of Claimant or Claimant's Representative

111 Fallowfield Avenue, P.O. Box 144, Charleroi, PA 15022
Complete address of Claimant's Representative

724-483-5502
Phone Number of Claimant's Representative

IN RE:  
GEORGE TRANSFER, INC., MACK BROTHERS, INC. AND TRI-L TRANSFER, INC.  
Debtor(s)

Case No. 96-5-1292 (JS)

Chapter 11

(Substantively Consolidated)

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on <u>January 16, 2014</u>, the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD 21201, was advised via first-class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

<u>Thelma Bakori, Jeffrey T. Olup, Esq.</u>  
Name of Claimant

<u>Bassi, Vreeland & Associates, P.C., 111 Fallowfield Avenue, P.O. Box 144, Charleroi, PA 15022</u>  
Address of Claimant

Respectfully submitted,

_____  
Signature of Claimant or Claimant's Representative

<u>Thelma Bakori and Jeffrey T. Olup, Esq., Attorney for Thelma Bakori</u>  
Printed Name of Claimant or Claimant's Representative

<u>111 Fallowfield Avenue, P.O. Box 144, Charleroi, PA 15022</u>  
Complete address of Claimant's Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** this 16th day of January, 2014, in the County of Washington, State of Pennsylvania.

_____  
Signature of Notary Public

Date Commission Expires: October 16, 2016

```
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sherry L. Irwin, Notary Public
Charleroi Boro, Washington County
My Commission Expires Oct. 16, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| GEORGE TRANSFER, INC., MACK | * | Case No. 96-5-1292 (JS) |
| BROTHERS, INC. AND TRI-L | * | |
| TRANSFER, INC. | * | Chapter 11 |
| Debtor(s) | * | (Substantively Consolidated) |

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS
### FROM THE COURT REGISTRY

I, Jeffrey T. Olup, Attorney for Thelma Bakori, being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $23,077.08.

2. The funds are the property of Thelma Bakori, Jeffrey T. Olup
   Name of Individual or Corporation/Entity

3. A brief history of the claim is: Ms. Bakori was seriously injured in a motor vehicle accident in 1991 involving George Transfer, Inc. Ms. Bakori retained Mr. Olup to file suit. Bankruptcy case filed during pendency of civil suit.

4. The right to the funds has not been further purchased, sold, assigned, or transferred.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief, and that the Court may rely on the truth of each statement.

Signature of Deponent: _____

Claimant's full Social Security No./Taxpayer Identification No.:  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 (Thelma Bakori)

Address of Deponent: 111 Fallowfield Avenue, P.O. Box 144, Charleroi, PA 15022

Telephone Number of Deponent: 724-483-5502

SUBSCRIBED AND SWORN TO BEFORE ME this 16th day of January, 2014, in the County of Washington, State of Pennsylvania.

_____
Signature of Notary Public

Date Commission Expires: October 16, 2016

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sherry L. Irwin, Notary Public
Charleroi Boro, Washington County
My Commission Expires Oct. 16, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

