## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 8/28/14

In re:   Case No.:   96–51292 JS     Chapter:   11

George Transfer, Inc.
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   669 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $4615.42 Filed by Marjorie Bollinger. (Attachments: # 1 Exhibit) (Burkhart, Mary)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 9/11/14. The Funds are available in the names of Marjorie L. Bollinger and Frank L. Bollinger.**

CURE:   Amended Motion to Withdraw Unclaimed Funds from Court Registry and any other documents to include both parties are needed to be submitted to the Court.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mary Burkhart  410–962–4372

cc:   Debtor(s)
Attorney for Debtor(s) – Kenneth Oestreicher
Marjorie L. Bollinger
Brian J. Dilks

Form defntc (11/2013)