Signed: September 22, 2014

**SO ORDERED**



_James F. Schneider_
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   96–51292 – JS     Chapter:   11

George Transfer, Inc.
I–83 at Route 439
PO Box 500              Deficient Pleading No. – 669
Parkton, MD 21120
                        Motion to Withdraw Unclaimed Funds
                        from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

   Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

   ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Kenneth Oestreicher
      Chapter 11 Trustee – Charles R. Goldstein
      U.S. Trustee
      Interested Party – Marjorie L. Bollinger
      Brian J. Dilks

**End of Order**

14.1 – _mburkhart_