# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

Date: 11/13/14

In re:   Case No.:   96–51292 JS     Chapter:   11

George Transfer, Inc.
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 678 – Amended Motion Filed by Marjorie Bollinger related document(s) 669 Motion to Withdraw Unclaimed Funds from Court Registry filed by Creditor Marjorie Bollinger) . (Attachments: # 1 Death Certificate # 2 Identification of Brian Jacob) (Burkhart, Mary)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 11/28/14. 1) A new Motion should be filed as the Original Motion was Stricken on July 21, 2014. 2) Identification is missing for Marjorie Bollinger. 3) Tax ID missing for Marjorie Bollinger. 4) Updated Power of Attorney. 5) W–9 from Marjorie Bollinger. 6) Proof that Marjorie Bollinger can act on Frank Bollinger's behalf.**

CURE: File 1) A new Motion as the Original Motion was Stricken on July 21, 2014. 2) Identification for Marjorie Bollinger. 3) Tax ID for Marjorie Bollinger. 4) Updated Power of Attorney. 5) W–9 from Marjorie Bollinger. 6) Proof that Marjorie Bollinger can act on Frank Bollinger's behalf.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Mary Burkhart  410–962–4372

cc:   Debtor(s)
      Attorney for Debtor(s) – Kenneth Oestreicher
      Marjorie (Bollinger) Cleghorn
      Brian J. Dilks

Form defntc (11/2013)