Signed: December 18, 2014

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:    Case No.:  96–51292 – JS    Chapter:  11

George Transfer, Inc.
I–83 at Route 439
PO Box 500
Parkton, MD 21120

### ORDER FOR WITHDRAWAL OF
### FUNDS PAID INTO COURT

   Upon consideration of the motion filed by Marjorie Bollinger Cleghorn for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $4615.42 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Marjorie L. (Bollinger) Cleghorn
c/o Brian J. Dilks
Dilks & Knopik, LLC
35398 SE Center St.
Snoqualmie, WA 98065

cc:    Claimant – Marjorie Bollinger Cleghorn
       Claimant's Attorney – Brian J. Dilks

**End of Order**

42.3 – *mburkhart*